IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MURVIN McNULTY, et al.,        )
                               )
       Plaintiffs,             )
                               )   CIVIL ACTION NO.
       v.                      )   2:04cv357-T
                               )      (WO)
UNITED SHOWS OF AMERICA,       )
INC., etc., et al.,            )
                               )
       Defendants.             )
```

### JUDGMENT

In accordance with the notice of settlement and stipulation of dismissal (Doc. No. 23), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs and attorneys' fees.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 6th day of December, 2005.


            /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE